**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAY 23 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

MARIA MORENO-GAMEZ,

Petitioner,

v.

PAMELA BONDI, Attorney General,

Respondent.

No. 21-200

Agency No.
A209-938-022

MEMORANDUM[*]

---

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 21, 2025[**]

Before:     SILVERMAN, LEE, and VANDYKE, Circuit Judges.

Maria Moreno-Gamez, a native and citizen of El Salvador, petitions pro se

for review of the Board of Immigration Appeals' ("BIA") order dismissing her

appeal from an immigration judge's decision denying her motion to reopen and

terminate removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

deny the petition for review.

Moreno-Gamez's contentions regarding exceptional circumstances and lack of notice are not properly before the court because she did not raise them before the BIA.  *See* 8 U.S.C. § 1252(d)(1) (administrative remedies must be exhausted); *see also Santos-Zacaria v. Garland*, 598 U.S. 411, 417-19 (2023) (section 1252(d)(1) is not jurisdictional).

**PETITION FOR REVIEW DENIED.**